**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

U.S. Equal Employment Opportunity Commission
                                                        Plaintiff,

v.
                                                                                   Case No.: 1:24−cv−04899

                                                                                  Honorable Andrea R. Wood

LAS Hardwoods, Inc
                                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 4, 2025:

       MINUTE entry before the Honorable Heather K. McShain: Telephonic status hearing held on 06/04/2025. Remote settlement conference is set for 07/21/2025 at 1:00 p.m. Plaintiff to provide settlement proposal to defendant by 06/13/2025. Defendant to provide response settlement proposal by 06/25/2025. All settlement proposals should be emailed to the Court at Settlement_Correspondence_McShain@ilnd.uscourts.gov on the same day they are provided to opposing counsel. Please note that settlement proposals are not to be filed on the CM−ECF system. The parties are encouraged to keep talking with one another after they exchange their settlement proposals, to further the settlement negotiations in advance of the conference itself. By 07/14/2025, parties shall confer and send ONE email to Chambers_McShain@ilnd.uscourts.gov identifying the names and email addresses of the individuals who intend to participate in the settlement conference. Parties have no objection to the Court having ex parte discussions with counsel in advance of the settlement conference if the Court believes such conversations would be warranted. The parties are directed to review and comply with Judge McShain's Standing Order for Settlement Conferences (available on the court's website at www.ilnd.uscourts.gov by selecting the link for Magistrate Judge McShain and then the link for "Settlement Conference"). Individuals with full and complete settlement authority on behalf of the parties are ordered to personally participate in the settlement conference. Parties' joint oral motion to stay discovery in order to focus on settlement is granted. In light of the stay of discovery, plaintiff's motion to compel discovery responses [28] is denied without prejudice and may be refiled if the case does not settle. To the extent the case does not settle, joint status report due by 07/28/2025 to update on outstanding fact discovery and provide a proposed revised schedule for its completion. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was

generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.