UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)
Eastern Division

U.S. Equal Employment Opportunity
Commission

          Plaintiff,

v.           Case No.: 1:24−cv−04899
          Honorable Andrea R. Wood

LAS Hardwoods, Inc

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 27, 2025:

    MINUTE entry before the Honorable Andrea R. Wood: In light of General Order 25−0024 holding in abeyance civil matters involving the United States as a party (with certain limited exceptions), see Dkt. No. 42, the telephonic status hearing set for 11/6/2025 is continued to 12/3/2025 at 10:15 AM. The call−in number is (650) 479−3207 and the access code is 1808131170. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. If General Order 25−0024 remains in effect as the new status date approaches, the Court may again continue the hearing to a later date. Any party may seek relief from General Order 25−0024, as it applies to this case, by filing a motion. EEOC's unopposed motion for stay with request for expedited ruling [41] is terminated as moot. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.