**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

U.S. Equal Employment Opportunity
Commission

                                    Plaintiff,

v.                                                    Case No.: 1:24−cv−04899
                                                       Honorable Andrea R. Wood

LAS Hardwoods, Inc

                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, January 28, 2026:

      MINUTE entry before the Honorable Heather K. McShain: Settlement conference held on 01/27/2026 and concluded. The parties reached agreement on all terms of a consent decree and the case has settled. The parties are to file their motion for approval of the consent decree with the District Judge as soon as possible, unless they opt to consent to the jurisdiction of the Magistrate Judge. All matters related to the referral completed, the referral is closed. Emailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.