IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br> Plaintiff, <br><br> v. <br><br> LAS HARDWOODS, INC., <br> Defendant. | Civil Action No. 1:24-cv-4899 <br><br> Judge Andrea R. Wood <br><br> Magistrate Judge Heather K. McShain |

**<u>JOINT MOTION OF ENTRY OF PROPOSED CONSENT DECREE</u>**

1. Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC") and Defendant LAS Hardwoods, Inc. ("LAS Hardwoods") respectfully move this Court for approval of the proposed Consent Decree agreed to by the parties, which would resolve the above-referenced lawsuit.

2. On June 13, 2024, the EEOC filed a complaint against LAS Hardwoods in the above-captioned case, alleging that LAS Hardwoods subjected a now-former employee to harassment based on his sexual orientation in violation of Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991.

3. Defendant denies all material allegations in the complaint.

4. As a result of a settlement conference with Magistrate Judge McShain on January 27, 2026, the parties have reached a proposed settlement, the terms of which are contained in the attached proposed Consent Decree.

Accordingly, and for the reasons set forth in the proposed Consent Decree, the parties jointly move the Court to approve and enter the proposed Consent Decree.

Respectfully submitted on this 2nd day of February 2026,

| | |
|---|---|
| **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION** | **LAS HARDWOODS, INC.** |
| /s/ *Elizabeth B. Banaszak* | /s/ *Adam J. Augustynski* |
| Anne Gallerano | Adam J. Augustynski |
| Elizabeth B. Banaszak | Attorney-at-Law |
| Deborah L. Hamilton | 5850 W. Bryn Mawr Ave. |
| U.S. EEOC – Chicago District Office | Chicago, IL 60646 |
| 230 S. Dearborn St., Ste. 2920 | Telephone: (773) 775-0044 |
| Chicago, IL 60604 | Email: augustynski@aol.com |
| Telephone: (312) 872-9676 | |
| Email: elizabeth.banaszak@eeoc.gov | ATTORNEY FOR DEFENDANT |
| | |
| ATTORNEYS FOR PLAINTIFF | |